UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAUL A. WILLIAMS,<br><br>      Plaintiff,<br><br>   v.<br><br>ILLINOIS DEPARTMENT OF CORRECTIONS,<br><br>      Defendant. | Case No. 05-cv-4227-JPG |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, the Court having rendered a decision as to some issues and a jury having rendered a verdict as to others,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Paul A. Williams and against defendant Illinois Department of Corrections in the amount of $22,000.00 in compensatory damages, $2,277.87 in prejudgment interest, $22,277.87 in liquidated damages, $14,124.00 in attorney's fees and $781.96 in costs, for a total judgment of $61,461.70.

**DATED:  August 13, 2007**            **NORBERT JAWORSKI**

                                                      **By:s/Deborah Agans, Deputy Clerk**


**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**