UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAUL A. WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>ILLINOIS DEPARTMENT OF CORRECTIONS,<br><br>        Defendant. | Case No. 05-cv-4227-JPG |

## MEMORANDUM AND ORDER

THIS MATTER comes before the Court on the parties' Agreed Motion to Dismiss Pursuant to Rule 60(b)(5) (Doc. 51). The parties ask the Court to vacate the judgment entered August 13, 2007 on the ground that the judgment has been released pursuant to a post-judgment settlement agreement. The parties further seek dismissal of this case with prejudice and without costs pursuant to a stipulation under Rule 41(a)(1)(ii), which allows for dismissal by a plaintiff without a court order by filing such a stipulation.

The Court being fully advised in the premises, **GRANTS** the motion (Doc. 51), **VACATES** the judgment (Doc. 49), **DISMISSES** this case **with prejudice** and **without costs** and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: October 24, 2007**

                                            s/ J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**