UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PAUL A. WILLIAMS,

   Plaintiff,

 v.              Case No. 05-cv-4227-JPG

ILLINOIS DEPARTMENT OF
CORRECTIONS,

   Defendant.

## JUDGMENT

 This matter having come before the Court, and all parties having stipulated to dismissal,

 IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**DATED:  October 24, 2007**     **NORBERT JAWORSKI**

                  By:s/Deborah Agans, Deputy Clerk


**Approved:** s/ J. Phil Gilbert
       **J. PHIL GILBERT**
       **DISTRICT JUDGE**